```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARILYN MATUS and SHELDON MATUS,  :
:
                    Plaintiffs,  :      21-CV-8717 (VEC)
     -against-  :
:      ORDER
:
TARGET CORPORATION,  :
:
                    Defendant.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 25, 2021, this case was removed from the Supreme Court of the County of New York to the Southern District of New York, Dkt. 1;

       WHEREAS on October 27, 2021 the Court ordered the parties to show cause in writing by November 9, 2021 why this case should not be transferred to the Eastern District of New York, Dkt. 6; and

       WHEREAS to date neither party has responded to the Court's October 27, 2021 order;

       IT IS HEREBY ORDERED that this case is transferred to the Eastern District of New York in the interest of justice, inasmuch as the accident occurred in the Eastern District of New York and the Plaintiffs reside there.  *See* 28 U.S.C. § 1404(a).

**SO ORDERED.**

Date:  November 12, 2021
       New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**